

IN THE
TENTH COURT OF APPEALS

No. 10-12-00406-CV

IN THE ESTATE OF ROBERT HALL, SR.,
AN ALLEGED INCAPACITATED ADULT

From the County Court
McLennan County, Texas
Trial Court No. 20120006GDN

MEMORANDUM OPINION

Rudy Kretzmeier appeals the trial court's Order Appointing Permanent Guardian of the Person and Estate signed on September 7, 2012. At Kretzmeier's request, we referred this proceeding to mediation. Kretzmeier did not comply with our order requiring him to attempt to agree with appellees upon a mediator and to file a notice regarding the mediator. By order dated February 28, 2013, we assigned a mediator and ordered Kretzmeier to contact the mediator within 14 days from the date of the order. The mediator was ordered to notify us if Kretzmeier did not contact him within the required time period. Kretzmeier was warned in our order that if he did not contact the mediator within 14 days from the date of the order, the appeal would be

dismissed for want of prosecution. More than 14 days have passed and we have been

notified by the mediator that Kretzmeier has not contacted the mediator.

This appeal is dismissed. TEX. R. APP. P. 42.3(b).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 4, 2013
[CV06]